UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT FLETCHER

              Plaintiff(s),

VS.                                         2:06-CV-818-PMP-GWF

GLEN WHORTON ET AL

              Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and Plaintiff having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 27, 2011

**U.S. DISTRICT JUDGE**